**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-8005**

—————————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

JIMMY WILLIAM MCCANN,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.   James P. Jones, District Judge.  (2:13-cr-00002-JPJ-PMS-3)

—————————

Submitted:  April 21, 2016        Decided:  April 26, 2016

—————————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jimmy William McCann, Appellant Pro Se. Mary Kathleen Carnell, OFFICE OF THE UNITED STATES ATTORNEY, Zachery T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy William McCann appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCann, No. 2:13-cr-00002-JPJ-PMS-3 (W.D. Va. filed Nov. 19, & entered Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2